# Court of Appeals
# of the State of Georgia

ATLANTA, _____April 20, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0042.  McGUIRE v. ROGERS et al.**

Appellant William McGuire has filed with this Court a Notice Regarding Duplicative or Overlapping Appeals, identifying Case Nos. A16A0042 and A16A0568 as "duplicative or overlapping."

Having reviewed said Notice, together with the records transmitted and the briefs filed in both cases,[1] this Court hereby DISMISSES Case No. A16A0042 as duplicative of Case No. A16A0568.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____04/20/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See generally *Davis v. State*, 287 Ga. 414, 415, n. 1 (696 SE2d 644) (2010) (explaining that an appellate court may take judicial notice of the records of other cases before it); OCGA § 5-6-34 (d).